**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

September 3, 2013

By ECF

Honorable Sterling Johnson Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>United States v. Michael Adams et. al.</u> (11 Cr. 535 (SJ))

Dear Judge Johnson:

     I am an attorney for Tyjuan Jenkins, a defendant in the referenced matter. Due to scheduling conflicts, I write to request a brief adjournment of Mr. Jenkins' sentencing until September 27, 2013. The sentencing is currently scheduled for September 13, 2013.

     Assistant United States Attorney Tanisha Payne and United States Probation Officer Michelle Espinoza both consent to this request.

                                   Very Truly Yours,

                                   /s/

                                 Jared I. Kagan

cc:    Tanisha Payne, Assistant United States Attorney (by email only)
        Michelle Espinoza, United States Probation Officer (by email only)